# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| FRANKENMUTH INSURANCE COMPANY, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 1:24-cv-00341-DRC |
| v. | : | |
| | : | **Magistrate Judge Stephanie K. Bowman** |
| THOUGHTS HORIZONS, INC. dba A to Z Printing, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## AMENDED PLAINTIFF FRANKENMUTH INSURANCE COMPANY'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes, Plaintiff Frankenmuth Insurance Company ("Frankenmuth" or the "Plaintiff") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and gives notice of its dismissal of its Complaint, without prejudice.

Respectfully submitted,

*/s/Nolan E. Wiley*
Samuel M. Pipino (0061634)
Nolan E. Wiley (0102155)
ISAAC WILES & BURKHOLDER, LLC
2 Miranova Place, Suite 700
Columbus, Ohio 43215
Phone: (614) 221-2121
Fax: (614) 365-9516
spipino@isaacwiles.com
nwiley@isaacwiles.com
*Attorneys for Plaintiff Frankenmuth Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, a copy of the foregoing was served via electronic mail to the following:

Firooz T. Namei (0018615)
McKinney and Namei Co., LPA
15 East 8th Street
Cincinnati, Ohio 45202
firooz@nameilaw.com

*/s/ Nolan E. Wiley*
Samuel M. Pipino (0061634)
Nolan E. Wiley (0102155)
ISAAC, WILES & BURKHOLDER, LLC
*Attorneys for Plaintiff Frankenmuth Insurance Company*